UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOHN EDWARD MCGLAUN
    Petitioner,

vs.                                            Case No.: 5:24cv45-TKW/ZCB

RICKY D. DIXON
    Respondent.
_____/

### ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (R&R) (Doc. 18) and Petitioner's objection (Doc. 22).[1] No response to the objection is needed.

Upon review of the objection, its attachments, the R&R, and the entire case file, the Court agrees with the magistrate judge's determination that this case should dismissed for lack of jurisdiction. Accordingly, it is

**ORDERED** that:

1.     The magistrate judge's R&R is adopted and incorporated by reference in this Order.

2.     Respondent's motion to dismiss (Doc. 16) is **GRANTED**.

---

[1] The filing that the Court is treating as Petitioner's objection did not refer to the R&R and was not styled as an "objection," but the Court assumes that it was intended to be Petitioner's objection to the R&R because the R&R recommended dismissal of this case for lack of jurisdiction and Petitioner's filing asked the Court to "invoke its jurisdiction to ensure justice is served."

3. The second amended habeas petition (Doc. 12) is **DISMISSED** without prejudice for lack of jurisdiction

4. The Clerk shall enter judgment in accordance with this Order and close the case.

**DONE AND ORDERED** this 12th day of November, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**